

# Jackie B. Batchelor
## Mitchell County Tax Commissioner

P.O. Box 373
Camilla, GA 31730
Phone: 229-336-2010
Fax: 229-336-2025
E-mail: mitchelltc@camillaga.net
Website: www.mitchellcountygatax.com

February 26, 2015

To: Jessica Davis

From: Jackie B. Batchelor
      Tax Commissioner

RE: Employment

You have been an exemplary employee. You learned quickly, you have excellent customer service skills, and are punctual.

Your attendance record shows that you have been absent a total of 117.50 hours since your start date of October 6, 2014. This is unacceptable. It is not fair to the other employees in the office, and is not fair for you to have to work while ill. I am sympathetic to anyone's failing health.

Your last working day will be today, however you will be paid through Friday, March 6, 2015.

Sincerely,

*Jackie B. Batchelor*

Jackie B. Batchelor
Tax Commissioner
Mitchell County

JBB/lb
Enclosure